JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WHITTAKER DAVIS III,<br><br>  Petitioner,<br><br>  v.<br><br>MICHAEL MARTEL, Warden,<br><br>  Respondent. | NO. CV 05-8698 GHK (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   10/3  , 2008.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE